# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

MATTHEW J. WILKIINS,          )
              Plaintiff,          )
                              )      **JUDGMENT IN A CIVIL CASE**
    v.                        )      **CASE NO. 5:08-CV-468-F**
                              )
TONYA SABRINA SANDERS,        )
              Defendant.          )


_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that this action hereby is DISMISSED without prejudice for failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 10, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Matthew J. Wilkins
H-5412 B102
Fort Bragg, NC 28310


March 10, 2009                          DENNIS P. IAVARONE
Date                                    Clerk of Court

                                        /s/ Susan K. Edwards


*Wilmington, North Carolina*            *(By) Deputy Clerk*